UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Elijah E. Gross

      v.                                                                      Civil No. 08-cv-517-JL

Mary Rose


ORDER PROHIBITING REMOTE ELECTRONIC ACCESS

      The Addendum to Complaint in the above-captioned case contains one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a).  Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in the Addendum to Complaint.  Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to the Addendum to Complaint, the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2(e)(2).

      **SO ORDERED**.

                                                        */s/ Justo Arenas*
                                                         Justo Arenas
                                                         United States Magistrate Judge

Date: February 9, 2009


cc:     Elijah E. Gross, Pro se