UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Elijah E. Gross

   v.                                        Civil No. 08-cv-517-JL

Mary Rose

**O R D E R**

This matter previously came to my attention when it was referred to me for preliminary review. On March 18, 2009, I issued a Report and Recommendation (document no. 18), recommending to the District Judge that this matter be dismissed as plaintiff had failed to state a claim for the denial of constitutionally adequate mental health care. My Report and Recommendation set out a full recitation of the facts alleged in the complaint as well as an explanation of the legal authority and reasoning relied upon in making the recommendation.

Gross now files a "Motion for Clarification to the Issues of the Complaint and Objection to Magistrate Report and Recommendations to Dismiss" (document nos. 19 & 20).[1]  I have

---

[1] It appears that the pleading has been docketed twice, once as an objection to the Report and Recommendation (document no. 19) and once as a motion for clarification (document no. 20).

reviewed this document and I find that it does not contain any new facts or claims.  All of the issues raised in Gross' motion/objection have been addressed in my Report and Recommendation, and nothing in the recent filing alters my recommendation regarding the disposition of this case.

    **SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date:     April 7, 2009

cc:       Elijah E. Gross, pro se