UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Elijah E. Gross

        v.                    Civil No. 08-cv-517-JL

Mary Rose

O R D E R

After due consideration of the objection filed and the Order on Motion for Clarification, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated March 18, 2009.

SO ORDERED.

April 15, 2009                         _____
                                               Joseph N. Laplante
                                               United States District Judge

cc:    Elijah E. Gross, Pro se